UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MARCELA CATENA, <br><br> Defendant. | Case No. 14-cv-03959-VC <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 16 |

The case management conference scheduled for January 6, 2015 is vacated. The plaintiff is ordered to show cause why the case should not be dismissed for failure to serve the defendant and/or failure to prosecute. The plaintiff must file a brief in response to this order to show cause by noon on January 6, 2015. An in-person hearing will take place on the order to show cause on January 8, 2015 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: December 29, 2014

_____
VINCE CHHABRIA
United States District Judge