UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

      v.

MARCELA CATENA,

          Defendant.

Case No.  14-cv-03959-VC

**ORDER**

      The Court held a telephonic case management conference in this case today.  During the conference, counsel for the plaintiff informed the Court that the proof of service filed on February 6, 2015 is likely inadequate.  Counsel requested an extension of time to serve the defendant to March 1, 2015.  Counsel further stated that if the plaintiff is unable to successfully serve the defendant by March 1, 2015, the plaintiff will dismiss the case.  With that understanding, the Court extends the deadline to serve the defendant to March 1, 2015.  A further telephonic case management conference is scheduled for March 17, 2015, at 11:00 a.m. Plaintiff is directed to provide the Court and any other parties a telephonic conference phone number no later than 3 court days prior to the hearing.

      **IT IS SO ORDERED**.

Dated: February 10, 2015

_____

VINCE CHHABRIA
United States District Judge